UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Megan Link,**<br><br>On behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MP Management #2, LLC; MP Management #3, LLC;** and **Todd J. Kuhn;**<br><br>Defendants. | No.<br><br>**PLAINTIFF MEGAN LINK'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |

I, Megan Link, do hereby consent to be a party plaintiff to the above-entitled action. I authorize my attorneys, the Law Offices of Simon & Simon, Michael Fradin, and their associated attorneys ("the Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.

*Megan Link* (DocuSigned)
1EE9D47C17C1485...

Megan Link

8/2/2022

Date