UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**APPROVED.**
**It is SO ORDERED.**
**s/***Dan Aaron Polster*
**United States District Judge**
**November 4, 2022**

| | |
|---|---|
| Megan Link, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>MP Management #2, LLC; MP Management #3, LLC; and Todd J. Kuhn<br><br>    Defendants. | Case No. 1:22-cv-01365<br><br>Judge Dan Aaron Polster |

## NOTICE OF DISMISSAL

Now comes, Plaintiff, through Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby dismisses this matter in its entirety, *without prejudice*.

Respectfully submitted this 3rd day of November, 2022.

/s/. *James L. Simon*
James L. Simon
SIMON LAW CO.
5000 Rockside Road-Liberty Plaza, Suite 520
Independence, OH 44131
Phone: (216) 816-8696
james@simonsayspay.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**